

# THE THIRTEENTH COURT OF APPEALS

13-22-00105-CV

Fidel Arguelles Jr.
v.
Hollywood Development

On Appeal from the
County Court at Law No. 6 of Hidalgo County, Texas
Trial Court Cause No. CL-21-3844-F

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellant, Fidel Arguelles, and Eva Mosornio and Lorissa Medina, as sureties on the supersedeas bond.

We further order this decision certified below for observance.

October 27, 2022